■ In the Matter of InJah E. Tafari, Appellant, v Anthony F. Zon, as Superintendent of Wende Correctional Facility, et al., Respondents. [830 NYS2d 688]—Appeal from an amended order of the Supreme Court, Erie County (Michael F. Pietruszka, A.J.), entered November 15, 2004 in a proceeding pursuant to CPLR article 78. The amended order denied petitioner's motion for leave to reconsider.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Hutchings v Hutchings, 155 AD2d 973 [1989]). Present—Martoche, J.P., Smith, Lunn, Fahey and Peradotto, JJ.

■ Amy K. Desso, Individually and as Mother and Natural Guardian of M.D., Appellant, v Richard Tavano et al., Respondents. [830 NYS2d 684]—Appeal from an amended order of the Supreme Court, Niagara County (Amy J. Fricano, J.), entered October 26, 2005 in a personal injury action. The amended order, insofar as appealed from, granted the motion of defendant HVT, Inc. to compel plaintiff's infant to attend a medical examination and directed plaintiff to pay all costs and expenses incurred by the physician as a result of the failure of plaintiff's infant to attend an earlier scheduled medical examination.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 20 and 23, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Martoche, J.P., Smith, Lunn, Fahey and Peradotto, JJ.